FILED BY _____ D.C.

05 DEC 12 AM 7:33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ADAM BARNETT,

    Plaintiff,

Case No.: 00-2359 D V

v.

MEMPHIS CITY SCHOOLS, et al.,

    Defendants.

---

ORDER GRANTING PLAINTIFF'S MOTION TO SET SETTLEMENT CONFERENCE
AND REFERRING CASE TO MAGISTRATE JUDGE FOR MEDIATION

---

This matter came before this Honorable Court upon Plaintiff's Motion to Set Settlement Conference. Based upon the submissions by counsel and the entire record in this cause, this Court finds that Plaintiff's Motion is well-taken and should be granted and that a settlement conference should be scheduled in this case.

WHEREFORE, this Court orders that the matter be referred to the Magistrate Judge to conduct a settlement conference/mediation forthwith.

**IT IS SO ORDERED** this 9th day of December, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12/13/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:00-CV-02359 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Ernest G. Kelly
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Rebecca Adelman
LAW AND MEDIATION OFFICE OF REBECCA ADELMAN
545 S. Main St.
Ste. 111
Memphis, TN 38103

Bill Ward
TENNESSEE DEPARTMENT OF EDUCATION
710 James Robertson Parkway
Andrew Johnson Tower, 5th Fl.
Nashville, TN 37243--038

Suzanne Michelle
BLACKBURN & McCUNE, P.C.
201 Fourth Ave., N.
Ste. 1700
Nashville, TN 37219

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Honorable Bernice Donald
US DISTRICT COURT